# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| James Lee Price, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00113-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order signed on June 30, 2019.

July 1, 2019

*Frank G. Johns*

Frank G. Johns, Clerk