UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
1:18-cv-00113-RJC

| | |
|---|---|
| JAMES LEE PRICE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, ) <br> **Acting Commissioner of Social Security** ) <br> **Administration,** ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff James Lee Price's Motion to Hold Defendant in Contempt, (Doc. No. 28), the Commissioner's Motion to Stay, (Doc. No. 31), and the Parties' Consent Motion to Dismiss Contempt Motion ("the Consent Motion"). (Doc. No. 32).

According to the Consent Motion, the parties have amicably resolved the issue of payment and all outstanding fees have been paid.

**IT IS, THEREFORE, ORDERED** that

1. The Parties' Consent Motion to Dismiss Contempt Motion, (Doc. No. 32) is **GRANTED**;

2. Plaintiff's Motion to Hold Defendant in Contempt, (Doc. No. 28), is **DISMISSED WITH PREJUDICE**; and

3. Defendant's Motion to Stay, (Doc. No. 31), is **DENIED as moot**.

Signed: October 11, 2023

Robert J. Conrad, Jr.
United States District Judge